SEALED

# U.S. District Court
# District of Nebraska (4 Lincoln)
# CRIMINAL DOCKET FOR CASE #: 4:21-mj-03043-CRZ-1 *SEALED*
# Internal Use Only

Case title: USA v. SEALED                                    Date Filed: 03/25/2021

Assigned to: Magistrate Judge Cheryl R. Zwart

**Defendant (1)**
**Adam Stuart Vannoy**

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:922(g)(3) and 18:924(a)(2) UNLAWFUL USER IN POSSESSION OF A FIREARM | |

**Plaintiff**

USA    represented by  **Matthew R. Molsen**
U.S. ATTORNEY'S OFFICE - LINCOLN
100 Centennial Mall North
Suite 487, Federal Building
Lincoln, NE 68508-3865
(402) 437-5241
Email: matthew.molsen@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/25/2021 | 1 | COMPLAINT signed by Magistrate Judge Cheryl R. Zwart as to defendant Adam Stuart Vannoy. (JAB) (Entered: 03/26/2021) |
| 03/25/2021 | 2 | CRIMINAL COVER SHEET as to defendant Adam Stuart Vannoy. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E-GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI-DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (JAB) (Entered: 03/26/2021) |
| 03/25/2021 | 3 | *SEALED* ARREST WARRANT ISSUED (COPY) as to defendant Adam Stuart Vannoy. THIS DOCKET ENTRY AND PDF DOCUMENT ARE SEALED PURSUANT TO AN ORDER OF THE COURT AND/OR LEGAL AUTHORITY GOVERNING SEALED FILINGS. ACCESS IS LIMITED ONLY TO THE COURT. (JAB) (Entered: 03/26/2021) |