# United States District Court for the Southern District of Iowa

Presiding: Honorable
Criminal No.                                          :   Clerk's Court Minutes – Initial Appearance/Arraignment
_____
United States of America vs.
_____

| | |
|---|---|
| Gov. Atty(s): | Indictment    Superseding Indictment    Information |
| Def. Atty(s): | Complaint    Warrant    Summons |
| Court Reporter: | Code Violation/Offense: |
| Interpreter: | |

Date:                                          :
Time Start:        Time End:                   :
_____

## Initial Appearance

☐ Defendant Advised of Rights
Representation:      Appointed FPD      Appointed CJA      Retained Counsel
Next Court Event:    Preliminary        Arraignment        Removal Hearing
        Set for:
_____

## Arraignment

| | | |
|---|---|---|
| Trial Scheduled for: | : | Advised of Charges/Maximum Penalties |
| Rule 16 Material due: | : | Indicted in True Name |
| Reciprocal Discovery due: | : | True Name: |
| Pretrial Motions due: | : | Reading of Indictment Waived |
| Plea Notification Deadline: | : | Plea of Not Guilty Accepted as to Ct(s): |
| Plea Entry Deadline: | : | Denied Forfeiture |

_____

## Custody Status

☐ Government Moved for Detention          Detention Hearing Set:
Court Ordered Defendant:    Released on Bond    Detained
_____

Minutes:




_____
Deputy Clerk