# UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  3:21-mj-00031 |
| Adam Stuart Vannoy | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING IDENTITY, PRELIMINARY EXAM, AND DETENTION HEARING

An identity, preliminary examination, and detention hearing in this case are scheduled as follows:

| | |
|---|---|
| Place:  United States Courthouse<br>131 East 4th Street<br>Davenport, Iowa  52801 | Courtroom No.:   120 |
| | Date and Time:  3/31/21 10:00 am |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:  March 26, 2021

_____
*Judge's signature*

Stephen B. Jackson, Jr., U.S. Magistrate Judge
*Printed name and title*